E-Filed: **4/28/09**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT G. FREDERICK,<br><br>                Petitioner,<br><br>        vs.<br><br>LARRY SCRIBNER, Warden,<br><br>                Respondent. | Case No. CV 09-697-GHK  (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1         IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2    Report and Recommendation; and (2) directing that Judgment be entered dismissing

3    this action for lack of jurisdiction.

4

5    DATED:   4/28/09    _____

6                                 HONORABLE GEORGE H. KING
                                  United States District Judge

7

8    Prepared by:

9

10   _____

11   HONORABLE OSWALD PARADA
     United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28