E-Filed: **4/28/09**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT G. FREDERICK,<br><br>                Petitioner,<br><br>    vs.<br><br>LARRY SCRIBNER, Warden,<br><br>               Respondent. | Case No. CV 09-697-GHK (OP)<br><br>J U D G M E N T |

      Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

      IT IS ADJUDGED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered dismissing this action for lack of jurisdiction.

DATED:   4/28/09

                                    HONORABLE GEORGE H. KING
                                    United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge